**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-                                     Case No.:  2:06-cr-83-FtM-29DNF

JOSE RAMON GONZALEZ
_____

### ORDER

This matter comes before the Court on the Report And Recommendation (Doc. #70) filed on October 24, 2006.

Accordingly, it is now

**ORDERED**:

The Report And Recommendation (Doc. #70) is **ADOPTED** by this Court.  **This case remains on the November 2006 trial calendar.**

**DONE AND ORDERED at Fort Myers, Florida, this 26th day of October, 2006.**

JOHN E. STEELE
United States District Judge

**Copies: All Parties of Record**